# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSEPH GONSOULIN** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 24-1005** |
| **BETA USA, INC., ET AL.** | * | **SECTION L(4)** |

## ORDER & REASONS

For the reasons stated at oral argument in this matter;

**IT IS HEREBY ORDERED** that Defendant Beta USA, Inc.'s Motion to Strike Plaintiff Expert Witness James Evans, R. Doc. 75, is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff provide an addendum to Mr. Evans's expert report clarifying that he partially relied upon Plaintiff's counsel's factual representations and interpretations about the alleged accident in reaching his opinions.

New Orleans, Louisiana, this 30th day of June, 2025.

_____
United States District Judge