**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JOSEPH GONSOULIN** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 24-1005** |
| | * | |
| **BETA USA, INC., ET AL.** | * | **SECTION L(4)** |

## <u>ORDER & REASONS</u>

Considering the foregoing requests for oral argument by the Defendants in this matter;

**IT IS HEREBY ORDERED** that the Court will hear oral argument on July 23, 2025 at

9:00 A.M. as to the following motions: R. Docs. 83, 85, 87, 89, 92, 94, 96, 101, 105.

New Orleans, Louisiana, this 1st day of July, 2025.

_____
United States District Judge