UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSEPH GONSOULIN** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 24-1005** |
| | * | |
| **BETA USA, INC., ET AL.** | * | **SECTION L (4)** |

## ORDER AND REASONS

The Court has before it Plaintiff Joseph Goncoulin's Motion to Enforce Judgment. R. Doc. 200. Plaintiff asserts Defendants, Beta USA, Inc. and Zhejiang Apollo Sports Technology Co., Ltd., have failed to remit their settlement payments to him as required by the settlement agreement between the parties. R. Doc. 200-1 at 1. The Court held a telephone status conference with the parties to discuss Plaintiff's Motion on October 2, 2025. The parties contest whether Defendants' payments were due forty-five days after the settlement agreement was placed on the record before the Court on August 11, 2025, *see* R. Doc. 196, or whether they were due forty-five days after Plaintiff signed and returned the release on September 15, 2025.

Having reviewed the transcript of the settlement hearing, the Court finds that the parties agreed that Defendants' settlement payments were due forty-five days after the date the parties placed their settlement on the record: September 25, 2025. Accordingly;

**IT IS ORDERED** that the Motion, R. Doc. 200, is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants, Beta USA, Inc., and Zhejiang Apollo Sports Technology Company, Ltd., shall pay their settlement obligation representing their one-half share of the settlement placed on the record before this Court on August 11, 2025.

**IT IS FURTHER ORDERED** that Defendants, Beta USA, Inc., and Zhejiang Apollo Sports Technology Company, Ltd., shall satisfy their payment obligation to Plaintiff's counsel's trust account within five (5) days of this Order.

**IT IS FURTHER ORDERED** that Plaintiff, Joseph Gonsoulin, is awarded reasonable attorney's fees and costs incurred in connection with the enforcement of the settlement agreement, inclusive of judicial interest from the day after payment was due, September 26, 2025, until satisfied.

**IT IS FURTHER ORDERED** that a separate money judgment shall be entered into the record of these proceedings under seal specifying the monetary amount owed.

New Orleans, Louisiana, this 2nd day of October, 2025.

_____
United States District Judge